# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 529 |
| | : | |
| REAPPOINTMENT TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2021, the Honorable Carolyn Engel Temin, Philadelphia, is hereby reappointed as a member of the Criminal Procedural Rules Committee for a term expiring January 1, 2025.